MEMORANDUM OPINION



No. 04-07-00596-CV



IN RE SUN FLYNN, LP and 1972 Properties, Inc.



Original Mandamus Proceeding (1)





PER CURIAM


Sitting: Catherine Stone, Justice

 Sandee Bryan Marion, Justice

 Rebecca Simmons, Justice


Delivered and Filed: September 5, 2007


PETITION FOR WRIT OF MANDAMUS DENIED

 The court has considered relators' petition for a writ of mandamus and is of the opinion that
relief should be denied. Tex. R. App. P. 52.8(a). Accordingly, relators' petition for writ of
mandamus is denied. 

 PER CURIAM


1. This proceeding arises out of Cause No. 2007PC0283, styled Estate of Arturo Gregorio Torres, Deceased,
pending in Probate Court No. 1, Bexar County, Texas, the Honorable Polly Jackson Spencer presiding.